

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00783-CR

Edward **ROCHA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR8265
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED November 12, 2025.

_____
Adrian A. Spears II, Justice